**FILED**
May 4, 2023
KAREN MITCHELL
CLERK, U.S. DISTRICT
COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## ABILENE DIVISION

JADEN GALE #02406952
PLAINTIFF'S NAME AND ID NUMBER

MTC LINDSEY STATE JAIL
PLACE OF CONFINEMENT

V.

**1-23CV-0092C**

CASE NO._____
(CLERK WILL ASSIGN THE NUMBER)

BRYAN COLLIER P.O.BOX 99 HUNTSVILLE,TX77342
Defendant's name and address

TEXAS DEPARTMENT OF CRIMINAL JUSTICE (JOHN MIDDLETON UNIT)
13055 FM 3522 ABILENE,TEXAS 79601
Defendant's name and address

WARDEN CHIMDI AKWITTI 13055 FM 3522 ABILENE, TEXAS 79601
Defendant's name and address

WARDEN MCCAIN 13055 FM 3522 ABILENE,TEXAS 79601
Defendant's name and address

GRIEVANCE OFFICER LAYLAND 13055 FM 3522 ABILENE, TEXAS 79601
Defendant's name and address
**(DO NOT USE "ET AL.")**

---

### I.  PREVIOUS LAWSUITS
A. Have you filed any other lawsuit in state or federal court relating to your imprisonment?          **NO**

B. If your answer to "A" is "yes,"describe each lawsuit in the space below. (if there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

     1) Approximate date of filing: **NO OTHER LAWSUITS**
     2) Parties to previous lawsuit:
     3) Plaintiff(s)
     4) Defendant(s)          **NO OTHER LAWSUITS**

5) Court:(if federal, name the district; if state, name the county.)**NO OTHER LAWSUITS**
6) Cause number: **NO OTHER LAWSUITS**
7) Name of judge to whom case was assigned: **NO OTHER LAWSUITS**
8) Disposition: (Was the case dismissed, appealed, still pending?) **NO OTHER LAWSUITS**
9) Approximate date of disposition: **NO OTHER LAWSUITS**

## II. PLACE OF PRESENT CONFINEMENT: MTC LINDSEY STATE JAIL

### III.    EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure? YES
**( Submitted a grievance back in September,2022. I am still waiting. I have also sent i-60's to the ombudsman in Huntsville, Texas. Those haven't returned either.)**

### IV.    PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Jaden Gale TDCJ# 02406952 , MTC LINDSEY STATE JAIL, 1620 FM 3344 Jacksboro, Texas 76458

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant# 1: Bryan Collier  p.o. Box 99 Huntsville, Texas 76458

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

**Bryan Collier is the director of The Texas Department Of Criminal Justice, he is legally responsible for the overall operation of the department and each institution under it's jurisdiction, including the john Middleton Unit. Bryan Collier was completely aware of the unconstitutionalism that occurred. As we were treated as animals on the unit.**

Defendant# 2: Texas Department Of Criminal Justice (John Middleton Unit) 13055 FM 3522 Abilene, Texas 79601

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

**The Texas Department Of Criminal Justice (John Middleton Unit) Is the**

**compound where the illegal "concentration camp" was placed. The John Middleton Unit is part of a corporation in Texas that is operated by a staffing team that has no regard for the United States Constitution. As well as being filled with rats and roaches. It also falls greatly short of sanitation.**

Defendant# 3: Warden Chimdi Akwitti   13055 FM 3522 Abilene, Texas 79601

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

**Warden Chimdi Akwitti is the warden of the John Middleton Unit, he is legally responsible for the operation of The John Middleton Unit and for the welfare of all the inmates in that prison.**

Defendant# 4: Grievance officer Layland 13055 FM 3522 Abilene, Texas 79601

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

**Miss Layland is a grievance officer that has been hired by the Texas Department Of Criminal Justice to sort out just and unjust issues within the department for the offender by honoring the offender's right at prison litigation. Grievance officer Layland knew of the riots, sleeping on the floor, the gassing of inmates, and the unavailability of telephones. Several grievances went to her desk as they were "misplaced", either or some have not returned.**

### V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statues. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE THE COURT MAY STRIKE YOUR COMPLAINT.

### JURY DEMAND √
**Unsafe Conditions, deliberate indifference to medical needs**

1) **This is a civil action authorized by 42 U.S.C. Section 1983 to redress the deprivation, under color of state law, of rights secured by the constitution of**

the United States. The court has jurisdiction under 28 U.S.C. Section 1331 and 1343 (a) (3). Plaintiff seeks declaratory relief pursuant to U.S.C. Section 2201 and 2202.

2) Each defendant listed is being sued individually and in (his/her) official capacity. At all times mentioned in this complaint the falsity actors and defendants did act under color of state law.

3) There are several unconstitutional activities that occurred to me during my stay at the John Middleton Unit. Which all took place in the gymnasium. As far as officers attacking inmates for no apparent reason, sleeping on the ground next to a bed of rats and within shoulder reach of the next man.

4) The overcrowding was ridiculous. There was always more than 220 people in the tightly cramped living environment on the floor and only two toilets. Half of the time they never worked, just constantly leaking out unto our bunks.

5) On several events Warden Chimdi Akwitti would come into the gym and would answer everyone's question with an answer that was just to buy him time. "When will we ever get out of here and off the floor?" Answer: "We are working on it". He would constantly come in there with lies. Even about the phone usage. No one ever had the ability to use the phone Both wardens never cared about us calling our families and I think it was a strategy to keep our family from knowing about our living situations.

6) We were also gassed from time to time for us standing up for ourselves and refusing the unconstitutionalism that was being forced on us everyday. One day Officer Hector Paulawilliams came in and assaulted (Slapped) a young kid in his early 20's named Anthony Jackson. And then dared us to do anything about it. I remember nights where I couldn't even breathe because of the gas (Pepper Spray). I was housed at The John Middleton unit from August 31st, 2022 — on or about November 20th, 2022. and I have never been through anything like that ever.

7) Grievance officer layland is guilty for helping The Jon Middleton unit cover up their actions by not filing my grievance nor reporting the unconstitutionalism to the higher authorities.

The plaintiff has no plan, adequate or complete remedy at law to redress the wrongs described herein.

WHEREFORE, plaintiff respectfully prays that this court grant him the relief he seeks for punitive damages. Not all punitive damage awards require physical assault. The point of punitive damages is to punish the members of the prison staff who violate the U.S. Constitution and to set an example to stop other prison staff from acting illegally in the future.

## VI.RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statues.

**Requesting $45,000.00 in punitive damages against each defendant for showing Reckless and Callous intent to the U.S. Constitution. Including Cruel and unusual punishment violations. 14th amendment as well as the 8$^{th}$amendment.**

## VII.GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

**Jaden Gale**

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

**TDCJ# 02406952**

## VIII.SANCTIONS:

A. Have you been sanctioned by any court as a result of a lawsuit you have filed? **NO**

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1) 1.Court that imposed sanctions (If federal, give the district and division): **NO**

   **OTHER LAWSUITS**

2) Case number: **NO OTHER LAWSUITS**

3) Approximate date sanctions were imposed: **NO OTHER LAWSUITS**

4) Have the sanctions been lifted or otherwise satisfied? **NO**

C. Has any court ever warned or notified you that sanctions could be imposed? **NO**

D. if your answer is "yes," give the following information for every lawsuit in which a warning was issued. ( if more than one, use another piece of paper and answer the same questions.)

1) Court that issued warning (if federal, give the district and division): **NO OTHER LAWSUITS**

2) Case number: **NO OTHER LAWSUITS**

3) approximate date warning was issued: **NO OTHER LAWSUITS**

Executed on: 4-25-23

_____
(Signature of plaintiff)

## PLAINTIFF'S DECLARATIONS

1) I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.

2) I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.

3) I understand I must exhaust all available administrative remedies prior to filing this lawsuit.

4) I understand I am prohibited from bringing an in forma pauperis lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil

action) in a court of The United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

5) I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this 25th day of April, 2023

**WARNING: Plaintiff is advised that any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**



FROM: JADEN GALE #02406952
LINDSEY STATE JAIL
1620 FM 3344
JACKSboro, Texas 76458

RECEIVED

MAY 4 2023

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

TO:

Office of the Clerk

IN THE UNITED STATES District
COURT FOR THE NORTHERN District
OF TEXAS (ABILENE DIVISION)

P.O. BOX 1218
ABILENE, TEXAS
79604



LEGAL
MAIL

LEGAL         MAIL